UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-CR-139 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| DEMARCUS HARDY ) | |

## **O R D E R**

On April 16, 2007, Magistrate Judge Susan K. Lee filed a report and recommendation (Court File No. 28) recommending the Court deny Defendant Demarcus Hardy's ("Defendant") motion to suppress (Court File No. 20). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and hereby **DENIES** Defendant's motion to suppress (Court File No. 20).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**